UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | NO. 3:02M172(TPS) |
| YASAR R. BHUTTA | : | June 19, 2007 |

MOTION TO UNSEAL

The United States of America, by Kevin J. O'Connor, United States Attorney for the District of Connecticut, by Deborah R. Slater, Assistant United States Attorney, moves the Court for an order unsealing the above-captioned matter.

The United States files this motion since disclosure of this matter will no longer jeopardize any ongoing investigation.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


DEBORAH R. SLATER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct00255
450 Main Street, Rm. 328
Hartford, CT  06103
(860) 947-1101

The foregoing motion is hereby GRANTED/DENIED.

SO ORDERED.

_____       _____
HON. THOMAS P. SMITH                                                  DATE
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing was mailed, this 19th day of June, 2007, to the following:

Nicholas P. Cardwell, Esq.
108 Oak Street
Hartford, Connecticut 06106

---

DEBORAH R. SLATER
ASSISTANT UNITED STATES ATTORNEY